Receipt #72411
ck # 114

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

FILED
U.S. BANKRUPTCY COURT
2010 AUG 30 PM 2: 14
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-43248 |
| | ) | |
| JOHN SEFCIK | ) | |
| PEGGY SEFCIK | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | |
| Debtor(s) | ) | TRANSMITTAL OF UNCLAIMED |
| | ) | FUNDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> Roundup Funding, LLC
> MS 550
> PO Box 91121
> Seattle, WA 98111-9221

$109.73

2. My Trustee's check for $109.73 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE: 8/24/10

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission on this __22nd__ day of __August__, 2010 to:

U.S. Trustee
BP America Bldg.
200 Public Sq.
20th Floor, Suite 3300
Cleveland, OH 44114-2301

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE